IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:20-cv-00554 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| CREDIT BUREAU SYSTEMS, INC., ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| Defendant. ) | |

**ORDER**

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 27) recommending the Court dismiss this action without prejudice under Federal Rule of Civil Procedure 41 and deny Defendant's Motion for Summary Judgment (Doc. No. 22) as moot.

The Magistrate Judge stated that Plaintiff, who was originally represented by counsel, did not secure substitute counsel after counsel was permitted to withdraw, nor did she notify the Court of her intent to proceed pro se as required by the Court's Order (Doc. No. 20). Plaintiff has not responded to Defendant's Motion for Summary Judgment (Doc. No. 22), or the Court's Order to show cause (Doc. No. 25). Documents sent to Plaintiff's address of record have been returned as "undeliverable." (*See* Doc. Nos. 26, 28, 29). After reviewing the record in this case, the Magistrate Judge recommended dismissal without prejudice under Rule 41(b).

The Report and Recommendation advised the parties that objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 27 at 8). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 27) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The pending Motion for Summary Judgment (Doc. No. 22) is **MOOT**.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

2

Case 3:20-cv-00554   Document 30   Filed 06/08/21   Page 2 of 2 PageID #: 133